Case 2:20-cv-05984-SB-AFM   Document 39   Filed 11/23/21   Page 1 of 1   Page ID #:63

FILED
CLERK, U.S. DISTRICT COURT
November 23, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAOHUA FANG<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 2:20-cv-05984-SB-AFM<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order on Summary Judgment, Dkt. No. 38, it is ORDERED AND ADJUDGED that Plaintiff Shaohua Fang shall take nothing on her claims against Defendants Secretary of the Department of Homeland Security, Alejandro Mayorkas; Attorney General of the United States Merrick Garland; Director of the U.S. Citizenship and Immigration Services, Ur Mendoza Jaddou; and Director of the USCIS California Service Center, Donna P. Campagnolo.  Plaintiff's claims are DISMISSED with prejudice.

This is a Final Judgment.

Dated:  November 23, 2021

<em>[signature]</em><br>
Stanley Blumenfeld, Jr.<br>
United States District Judge

1